**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ODULIA ASHBY AND KEVIN ASHBY, on behalf of themselves and on behalf of their minor child, N.A., and on behalf of all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SCHERTZ-CIBOLO-UNIVERSAL CITY INDEPENDENT SCHOOL DISTRICT, on behalf of itself and a class of all Texas independent school districts similarly situated, et al.,<br><br>Defendants. | CIVIL ACTION NO. 5:25-cv-01613-FB |

**STIPULATION EXTENDING THE TIME TO RESPOND**

Plaintiffs and Defendants Katy Independent School District and Deer Park Independent School District (collectively, the "Katy and Deer Park ISD Defendants"), by and through their respective undersigned counsel, subject to this Court's approval, submit this Stipulation Extending the Time to Respond and stipulate as follows:

WHEREAS, Plaintiffs filed a Complaint on December 2, 2025, ECF No. 1;

WHEREAS, Plaintiffs served the Katy and Deer Park ISD Defendants on December 9, 2025;

WHEREAS, the Katy and Deer Park ISD Defendants' deadline to respond to the Complaint is December 30, 2025; and

WHEREAS, Plaintiffs and the Katy and Deer Park ISD Defendants have conferred and jointly agree to extend the deadline for the Katy and Deer Park ISD Defendants' response.

The Parties Respectfully Request the Court Enter an Order That:

1. The Katy and Deer Park ISD Defendants' deadline to respond to the Complaint is extended to, and including, January 9, 2026.

Dated: December 30, 2025

Respectfully submitted,

By: */s/ Christopher B. Gilbert*
THOMPSON & HORTON LLP
Christopher B. Gilbert
State Bar No. 00787535
cgilbert@thompsonhorton.com
Stephanie A. Hamm
State Bar No. 24069841
shamm@thompsonhorton.com
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6714
Facsimile: (713) 583-8884

*Counsel for Defendants Katy Independent School District and Deer Park Independent School District*

By: */s/ Jonathan K. Youngwood*
SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood
Janet A. Gochman*
Noah Gimbel*
Jordan T. Krieger*
Avia Gridi*
Griselda Cabrera*
Nicolas Lussier*
Victoria Wang*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
noah.gimbel@stblaw.com
jordan.krieger@stblaw.com
avia.gridi@stblaw.com
griselda.cabrera@stblaw.com
nicolas.lussier@stblaw.com
victoria.wang@stblaw.com

AMERICAN CIVIL LIBERTIES UNION OF TEXAS FOUNDATION, INC.
Adriana Piñon
Chloe Kempf
Sarah Corning*
Thomas Buser-Clancy
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
*apinon@aclutx.org*
*ckempf@aclutx.org*
*scorning@aclutx.org*
*tbuser-clancy@aclutx.org*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
Daniel Mach*
915 15th Street, NW, Suite 600
Washington, DC 20005
(202) 675-2330

*dmach@aclu.org*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.
Arijeet Sensharma*
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
*cl_asensharma@aclu.org*

AMERICANS UNITED FOR SEPARATION OF CHURCH & STATE
Alex J. Luchenitser*
Amy Tai*^
Jess Zalph*
Alexandra Zaretsky*^
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
*luchenitser@au.org*
*tai@au.org*
*zalph@au.org*
*zaretsky@au.org*

FREEDOM FROM RELIGION FOUNDATION
Patrick C. Elliott
Samuel T. Grover
Nancy A. Noet*
P.O. Box 750
Madison, WI 53701
(608) 256-8900
*patrick@ffrf.org*
*sgrover@ffrf.org*
*noetn@ffrf.org*

*Counsel for Plaintiffs*

* Appearing *Pro Hac Vice*

^Admitted to practice in New York; not a member of the D.C. bar

**SO ORDERED.**

DATED:

| | |
|---|---|
| San Antonio, Texas | Judge Fred Biery<br>United States District Judge |

**CERTIFICATE OF CONFERENCE**

I hereby certify that the parties conferred on the issue before seeking the relief sought herein and all parties agreed to pursue such relief as an agreed joint motion.

By: */s/ Jonathan K. Youngwood*
Jonathan K. Youngwood

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

By: */s/ Jonathan K. Youngwood*
Jonathan K. Youngwood