**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| ODULIA ASHBY AND KEVIN ASHBY, on behalf of themselves and on behalf of their minor child, N.A., and on behalf of all others similarly situated, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SCHERTZ-CIBOLO-UNIVERSAL CITY INDEPENDENT SCHOOL DISTRICT, on behalf of itself and a class of all Texas independent school districts similarly situated, et al.,<br><br>    Defendants. | CIVIL ACTION NO.<br>5:25-cv-01613-FB |

**JOINT MOTION TO ENLARGE TIME TO RESPOND FOR DEFENDANTS
KATY INDEPENDENT SCHOOL DISTRICT AND
DEER PARK INDEPENDENT SCHOOL DISTRICT**

Plaintiffs and Defendants Katy Independent School District ("Katy ISD") and Deer Park Independent School District ("Deer Park ISD," together with Katy ISD, the "Districts," and together with Plaintiffs, the "Moving Parties"), by and through their respective undersigned counsel, respectfully request that this Court extend the Districts' time to respond to the Complaint, ECF No. 1, pursuant to the Moving Parties' agreement as to the following:

WHEREAS, Plaintiffs filed a Complaint on December 2, 2025, ECF No. 1;

WHEREAS, Plaintiffs served the Districts on December 9, 2025;

WHEREAS, the Moving Parties agreed and stipulated on December 30, 2025, to extend the deadline for the Districts to respond to the Complaint until January 9, 2026, ECF No. 35; and

WHEREAS, the Moving Parties have further conferred, and the Districts take no position on Plaintiffs' outstanding Motion for Temporary Restraining Order and/or Preliminary Injunction

1

("Plaintiffs' PI Motion"), ECF No. 6, or Plaintiffs' outstanding Motion for Provisional and Final

Bilateral Class Certification and Appointment of Class Counsel, ECF No. 8;

THEREFORE, the Moving Parties Respectfully Request the Court Enter an Order That:

1.    The Katy and Deer Park ISD Defendants' deadline to confer with Plaintiffs and propose a schedule to respond to the Complaint is extended to, and including, fourteen (14) calendar days following the issuance of a final decision on Plaintiffs' PI Motion, including a decision by any appellate court should an appeal be taken.

2.    The Katy and Deer Park ISD Defendants shall be subject to and bound by any order or injunction issued by this Court or any appellate or other court in this matter enjoining the implementation of S.B. 10 and shall follow the dictates of any such orders.

Dated: January 9, 2026                                            Respectfully submitted,

/s/ *Jonathan K. Youngwood*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood
Janet A. Gochman*
Griselda Cabrera*
Nicolas Lussier*
Victoria Wang*
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com
griselda.cabrera@stblaw.com
nicolas.lussier@stblaw.com
victoria.wang@stblaw.com

/s/ *Christopher B. Gilbert*

THOMPSON & HORTON LLP
Christopher B. Gilbert
State Bar No. 00787535
cgilbert@thompsonhorton.com
Stephanie A. Hamm
State Bar No. 24069841
shamm@thompsonhorton.com
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6714
Facsimile: (713) 583-8884

*Counsel for Defendants Katy Independent School District and Deer Park Independent School District*

SIMPSON THACHER & BARTLETT LLP
Noah Gimbel*
Jordan T. Krieger*
Avia Gridi*
900 G St. NW
Washington, DC 20001
(202) 636-5500
noah.gimbel@stblaw.com
jordan.krieger@stblaw.com
avia.gridi@stblaw.com

AMERICAN CIVIL LIBERTIES UNION
OF TEXAS FOUNDATION, INC.
Adriana Piñon
Chloe Kempf
Sarah Corning*
Thomas Buser-Clancy
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
apinon@aclutx.org
*ckempf@aclutx.org*
scorning@aclutx.org
tbuser-clancy@aclutx.org

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION, INC.
Daniel Mach*
915 15th Street, NW, Suite 600
Washington, DC 20005
(202) 675-2330
*dmach@aclu.org*

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION, INC.
Arijeet Sensharma*
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
*cl_asensharma@aclu.org*

AMERICANS UNITED FOR
SEPARATION OF CHURCH
& STATE
Alex J. Luchenitser*
Amy Tai*^
Jess Zalph*
Alexandra Zaretsky*^
1310 L Street NW, Suite 200
Washington, DC 20005
(202) 466-7306
*luchenitser@au.org*
*tai@au.org*
*zalph@au.org*
*zaretsky@au.org*

FREEDOM FROM
RELIGION FOUNDATION
Patrick C. Elliott
Samuel T. Grover
Nancy A. Noet*
P.O. Box 750
Madison, WI 53701
(608) 256-8900
*patrick@ffrf.org*
*sgrover@ffrf.org*
*noetn@ffrf.org*

*Counsel for Plaintiffs*

* Appearing *Pro Hac Vice*

^Admitted to practice in New
York; not a member of the
D.C. bar

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

ODULIA ASHBY AND KEVIN ASHBY, on behalf of themselves and on behalf of their minor child, N.A., and on behalf of all others similarly situated, et al.,

       Plaintiffs,

       v.

SCHERTZ-CIBOLO-UNIVERSAL CITY INDEPENDENT SCHOOL DISTRICT, on behalf of itself and a class of all Texas independent school districts similarly situated, et al.,

       Defendants.

CIVIL ACTION NO.
5:25-cv-01613-FB

### [PROPOSED] ORDER

Pending before the Court is the Joint Motion To Enlarge Time to Respond For Defendants Katy Independent School District and Deer Park Independent School District (the "Motion") (Dkt. No. __). Upon consideration, the Motion (Dkt. No. __) is **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants Katy Independent School District and Deer Park Independent School District shall propose a schedule for responding to the Complaint within fourteen (14) calendar days following the issuance of a final appellate decision on Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction, ECF No. 6.

**IT IS FURTHER ORDERED** that Defendants Katy Independent School District and Deer Park Independent School District shall be subject to and bound by any order or injunction issued by this Court or any appellate or other court in this matter enjoining the implementation of S.B. 10 and shall follow the dictates of any such orders.

DATED: _____


_____
JUDGE FRED BIERY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all

counsel of record by filing with the Court's CM/ECF system.

By: /s/ Jonathan K. Youngwood
Jonathan K. Youngwood