IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ODULIA ASHBY and KEVIN ASHBY, on Behalf of Themselves and on Behalf of Their Minor Child, N.A., *et al.*, | § | |
| *Plaintiffs*, | § | |
| V. | § | CIVIL ACTION NO. SA-25-CV-01613-FB |
| SCHERTZ-CIBOLO-UNIVERSAL CITY, INDEPENDENT SCHOOL DISTRICT, *et al.*, | § | |
| *Defendants*. | § | |

**ORDER OF STAY AND ADMINISTRATIVE CLOSURE**

Before the Court is the status of the above-styled and numbered cause. After careful consideration, the Court is of the opinion that this case should be stayed pending completion of the appellate process in a related case, *Nathan v. Alamo Heights Ind. Sch. Dist.*, 173 F.4th 576 (5th Cir. 2026). Because the appellate process may dispose of all claims presented in Plaintiffs' complaint, the Court further finds this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.,* 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay . . . .").

IT IS THEREFORE ORDERED that this case is stayed pending completion of the appellate process in *Nathan v. Alamo Heights Ind. Sch. Dist.*, 173 F.4th 576 (5th Cir. 2026). Motions, if any, are Dismissed Without Prejudice to refiling, if necessary, when the stay is lifted.

IT IS FURTHER ORDERED that the Clerk's office is DIRECTED to administratively close this case pending either side's application for further relief within **fourteen (14) days** of the conclusion of the appellate proceedings in *Nathan*. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Court's own motion. Parties may continue to file motions and documents in the case.

It is so ORDERED.

SIGNED this 9th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE